UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A.R. HITLER,<br>aka CARL RENOWITZKY,<br>      Plaintiff,<br>    v.<br>UNITED STATES OF AMERICA,<br>      Defendant. | Case No. 19-cv-00895-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days ago. (Dkt. No. 3.) Accordingly, the action is DISMISSED (without prejudice) because plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Federal Rule of Civil Procedure 41(b).

If plaintiff chooses to move to reopen the case, he is advised that he must state legally recognizable claims against any named defendant, alleging a plausible basis for suing them.

The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED.**

**Dated:** May 8, 2019



WILLIAM H. ORRICK
United States District Judge